# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0038. MIKISHA JOHNSON v. PAUL G. HARDEN, JR.

Paul Harden, Jr., the biological father of a child born out of wedlock, sought an order of legitimation. Following a final hearing, the trial court entered an order of legitimation, awarding the parties joint legal and physical custody. Mikisha Johnson, the child's mother, filed an application for discretionary review to challenge the trial court's order, seeking to challenge its ruling on, among other things, the award of joint physical custody.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013). Because the mother challenges the trial court's order modifying child custody, the order is subject to a direct appeal. See *Ross v. Small*, 355 Ga. App. 483, 484 (844 SE2d 535) (2020). We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Johnson shall have ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/11/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*